UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| **HERNS GABRIEL**, individually and on behalf of all other persons similarly situated,<br><br>    Plaintiff,<br><br>-vs-<br><br>**CARGO FORCE, INC.,**<br>**ABC COMPANIES 1-10** and<br>**JOHN DOES 1-10,**<br><br>    Defendants. | Civil Action No. 2:18-cv-10925<br><br>JOINT NOTICE OF MOTION FOR APPROVAL OF SETTLEMENT |

TO:   Brach Eichler, LLC
      101 Eisenhower Parkway
      Roseland, NJ  07068

**COUNSELOR:**

**PLEASE TAKE NOTICE** that the undersigned attorneys for Defendant, *Cargo Force, Inc.* ("Cargo Force" or "Defendant") will apply to the above named Court at the United States District Court, Newark, New Jersey on June 1, 2020 at 9:00 a.m. in the forenoon, or as soon thereafter as counsel may be heard, for an Order for Approval of Settlement; and

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion the undersigned will rely upon the enclosed letter memorandum and exhibits. A proposed form of Order is enclosed. The undersigned does not request oral argument unless the motion is opposed.

                                    **BIANCAMANO & DI STEFANO, P.C.**
                                         /s/ Christopher M. Camporeale
                                    _____
                                    Christopher M. Camporeale, Esq. (NJ Bar No. 072082013)
                                    10 Parsonage Drive, Suite 300
                                    Edison, New Jersey 08837
                                    Tel: (732) 549-7200

1

Fax: (732) 549-0068
c.camporeale@bdlawfirm.com
*Attorneys for Defendant,*
*Cargo Force, Inc.*

Dated: May 8, 2020