UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

|  |  |
|---|---|
| HERNS GABRIEL and JONATHAN MARTNIEZ, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>-vs-<br><br>CARGO FORCE, INC., ABC COMPANIES 1-10 and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 2:18-cv-10925 |

ORDER GRANTING JOINT UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED SETTLEMENT, AND APPROVAL OF PLAINTIFFS' PROPOSED NOTICE OF SETTLEMENT AND PROPOSAL TO IMPLEMENT THE CLASS ACTION SETTLEMENT PROCEDURE

The above-entitled matter came before the Court on Plaintiffs' application for Preliminary Approval of Settlement, and Approval of Plaintiffs' Proposed Notice of Settlement and Class Action Settlement Procedure ("Motion for Preliminary Approval").

IT IS ORDERED, as set forth below, that the Court: (1) grants preliminary approval of the settlement, (2) approves distribution of the proposed notice, and (3) implements the schedule proposed by the parties for effectuating the other terms of the proposed settlement.

I.      Preliminary Approval of Settlement

1.      The Court grants preliminary approval of the settlement memorialized in the Settlement Agreement and Release ("Settlement Agreement"), ~~attached hereto as Exhibit A~~ (ECF No. 59-2).

2.      The Court finds that the Settlement Agreement is the result of extensive, arm's

length negotiations.

3. The assistance of Magistrate Judge Leda Dunn Wettre ^during the September 23, 2019 settlement conference reinforces that the Settlement Agreement is non-collusive.

## II. Class Notice

5. The Court approves the Notice of Proposed Class Action Settlement ("Notice"), filed at ECF Nos. 59-3 and 59-4 and the Claim Form ~~annexed hereto as Exhibits B and C~~, and directs its distribution to the Class.

6. Notice shall be effectuated by publication by first-class mail. The Notice and Claim Form shall be printed in Spanish and English satisfies all of the prerequisites for adequate and proper notice under Rule 23

7. The content of the Notice fully complies with due process and ^ ~~Rule 23~~ of the Federal Rules of Civil Procedure

8. The Notice satisfies each of these requirements and adequately puts class members on notice of the proposed settlement.

## III. Class Action Settlement Procedure

9. The Court hereby sets the following settlement procedure contingent upon Claims Administrator's (Biancamano & DiStefano, P.C.) ability to perform the below dependent on a relaxation of Covid-19 precautionary measures as outlined by the Governor of New Jersey:

| **June 16, 2020**<br>**[Within 15 days of the Preliminary Approval Order]** | Defendants' Counsel will provide the Settlement Claims Administrator and Class Counsel, with the assistance of Class Counsel, with the Class Member mailing list in electronic form containing the following information: name and last known addresses for the class members who worked during the relevant period ("Relevant Period"). |
|---|---|
| **July 1, 2020**<br>**[Within 30 days of the Preliminary Approval Order]** | Mailing of Class Notice. |

| September 1, 2020<br><br>[Within 60 days of Mailing of Class Notice] | Last day for Class Members to "opt out" of the Settlement or to submit written objections to the Settlement. |
|---|---|
| September 1, 2020<br><br>[Within 60 days of Mailing of Class Notice] | Last day for Class Members to qualify as an Authorized Claimant by filing claim forms to join settlement ("Bar Date"). |
| September 16, 2020<br><br>[Within 15 days of the Bar Date] | Last day for Class Members to file bona fide late claims to qualify as an Authorized Claimant. |
| October 16, 2020<br><br>[Within 45 days of the Bar Date]. | Last day for parties to reconcile final distribution of all Allocated Settlement payments to Authorized Claimants, as well as all costs and fees. |
| November 1, 2020 | Last day for filing and service of papers in support of final settlement approval. |
| November 18, 2020 at 10:00 a.m. | Final Fairness Hearing, in Newark - Courtroom 3C. |

ENTERED:

It is so ORDERED this 19th day of May 2020.

_____
Honorable Leda Dunn Wettre

The Clerk of Court is directed to terminate the motion at ECF No. 59.